BENJAMIN B. WAGNER
U.S. Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAG. NO. 12-0279-DAD |
| Plaintiff, ) | |
| v. ) | |
| ) | MOTION TO DISMISS COMPLAINT |
| JOHNTA LEXUS WATERS, ) | AND ORDER |
| Defendant. ) | |

**ORDER**

The United States' motion to dismiss without prejudice the underlying UFAP complaint in the above referenced case, MAG No 12-0279-DAD against defendant WATERS is GRANTED.

Dated: December 18, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE